# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ELVA BENSON, PATRINA MOORE, and ELIZABETH DAGGS, on behalf of themselves and of all others similarly-situated,

    Plaintiffs,

v.

ENTERPRISE HOLDINGS, INC., ENTERPRISE LEASING COMPANY OF FLORIDA, LLC, and ENTERPRISE LEASING COMPANY OF ORLANDO, LLC,

    Defendants.
_____/

CASE NO.: 6:20-CV-891-RBD-LRH

## MEDIATION REPORT

A mediation conference was held on September 14th, 2021, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

    __X__ All individual parties and their respective trial counsel.
    __X__ Designated corporate representatives.
    ____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

    _____
    _____
    _____

(c) The outcome of the mediation conference was:

__X__ **The case has been completely settled**.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

_____ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

_____ **The conference was continued** with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____ The parties have reached an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15th, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will generate a notice of electronic filing to counsel of record.

                 _/s/ Carlos J. Burruezo, Esq._
                 CARLOS J. BURRUEZO, ESQ.
                 BURRUEZO & BURRUEZO, PLLC
                 Florida Bar Number 843458
                 carlos@burruezolaw.com
                 docketing@burruezolaw.com
                 911 Outer Road
                 Orlando, Florida 32814
                 Telephone: 407.754.2904
                 Facsimile: 407.754.2905