UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELVA BENSON, on behalf of
herself and on behalf of all others
similarly-situated,**

    Plaintiff,

v.                         CASE NO.: 6:20-cv-891-Orl-37LRH

**ENTERPRISE HOLDINGS, INC.,
and ENTERPRISE LEASING
COMPANY OF ORLANDO, LLC,**

    **Defendants.**
_____/

### JOINT NOTICE OF SETTLEMENT

    Pursuant to Local Rule 3.09(a), the Parties respectfully notify the Court that at mediation yesterday a class-wide settlement was reached for which they will seek Court approval in accordance with Rule 23.

    Thus, the Parties ask they be permitted to file a Joint Preliminary Motion for Approval of their Class Action Settlement within the next 30 days.

    Dated this 15th day of September, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Brandon J. Hill | /s/ Ryan C. Stewart |
| Luis A. Cabassa | Jason C. Schwartz (*pro hac vice*) |
| Florida Bar No. 053643 | Ryan C. Stewart, FL Bar No. 1024100 |
| Brandon J. Hill | Brian Richman (*pro hac vice*) |
| Florida Bar No. 37061 | GIBSON, DUNN & CRUTCHER LLP |
| WENZEL FENTON CABASSA, P.A. | 1050 Connecticut Avenue, N.W. |
| 1110 North Florida Ave., Suite 300 | Washington, D.C. 20036-5306 |
| Tampa, Florida 33602 | Phone: (202) 955-8500 |
| Main No.: 813-224-0431 | Jschwartz@gibsondunn.com |
| Facsimile: 813-229-8712 | Rstewart@gibsondunn.com |
| Email: lcabassa@wfclaw.com | Brichman@gibsondunn.com |
| Email: bhill@wfclaw.com | |
| | Christina M. Kennedy |
| *Attorneys for Plaintiff Elva Benson and the Class* | Florida Bar No. 58242 |
| | FOLEY & LARDNER, LLP |
| | 111 N. Orange Avenue, Suite 1800 |
| | Orlando, F.L. 32801 |
| | Phone: (407) 244-7137 |
| | Email: ckennedy@foley.com |
| | |
| | Michael D. Leffel (*pro hac vice*) |
| | FOLEY & LARDNER LLP |
| | 150 East Gilman Street |
| | Madison, W.I. 53703 |
| | Phone: (608) 258-4216 |
| | Email: mleffel@foley.com |
| | |
| | *Attorneys for Defendants Enterprise Holdings, Inc., and Enterprise Leasing Company of Orlando, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel via filing with this Court's CM/ECF system this 15th day of September, 2021.

/s/Brandon J. Hill
**BRANDON J. HILL**